# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL DIAZ,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE, N.A.; CAPITAL ONE FINANCIAL CORPORATION; AND CAPITAL ONE BANK (USA), N.A.<br><br>    Defendant. | Case No. 3:21-cv-00526-DMS-LL<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT**<br><br>Complaint Filed:  March 25, 2021 |

[

1    FOR GOOD CAUSE SHOWN, the Joint Motion of Plaintiff Ismael Diaz ("Plaintiff") and Defendant Capital One Bank (USA), N.A. ("Defendant"), for an order allowing Defendant an extension of time in which to file a responsive pleading to Plaintiff's Complaint is hereby granted. The time in which Defendant must file a responsive pleading to Plaintiff's Complaint is hereby extended to May 6, 2021.

IT IS SO ORDERED.

Dated: April 26, 2021

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court